ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JANIS PIERCE, etc. et. al. | No. C05-5293 MJJ |
| Plaintiffs, | |
| vs. | JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [~~PROPOSED~~] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |
| VIAD CORP., GENERAL ELECTRIC COMPANY, and DOES 1-300, | |
| Defendants. | |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial Case Management Conference* filed December 21, 2005 (Document 2), for the following good cause:

On January 20, 2006, Defendant GENERAL ELECTRIC COMPANY filed Documents 4 and 5, Notices to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.

On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("JPML") entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

proceedings pursuant to 28 U.S.C. § 14097. That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings.

The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

The parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.

However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).

It is likely the dates set forth in the *Order Setting Initial Case Management Conference* filed December 21, 2005 (Document 2), including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to pass before the Clerk of the JPML acts.

In addition, it has come to the attention of counsel that the Judge assigned to hear the cases pending in MDL 875, the Honorable Charles R. Weiner of the Eastern District of Pennsylvania, passed away on November 9, 2005 and that the Clerk of that Court has reported a backlog in cases transferred to that Court by the MDL panel.

The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Order Setting Initial Case Management Conference* filed December 21, 2005 (Document 2), and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the

1  transfer.

2  In the alternative, the parties hereby STIPULATE to and respectfully request that the
3  dates set forth in the *Order Setting Initial Case Management Conference* filed December 21,
4  2005 (Document 2), be vacated and continued pending the outcome of the JPML's decision on
5  the merits of the transfer. Specifically, these deadlines include the **February 28, 2006** deadline
6  to meet and confer, and file Joint ADR Certification, the **March 14, 2006** Deadline to complete
7  Initial Disclosures, the **March 14, 2006** deadline to file the Joint Case Management Statement
8  and the Case Management Conference currently set for **March 21, 2006.**

9  Dated: February 17, 2006                                   BRAYTON❖PURCELL LLP

10                                                             /s/ David R. Donadio
                                                           By: _____
11                                                             David R. Donadio
                                                               Attorneys for Plaintiffs
12

13 Dated: February 17, 2006                                   SEDGWICK, DETERT, MORAN &
                                                              ARNOLD, LLP
14
                                                              /s/ Damon McClain
15                                                         By: _____
                                                              Damon McClain
16                                                            Attorneys for Defendant
                                                              GENERAL ELECTRIC COMPANY
17

18 Dated: February 22, 2006                                   CHARTER DAVIS, LLP

                                                              /s/ Whitney Davis
19                                                         By: _____
                                                              Whitney Davis
20                                                            Attorneys for Defendant VIAD CORP.

21                    [PROPOSED]   **ORDER TO STAY**

22  IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order*
23  *Setting Initial Case Management Conference* filed December 21, 2005 (Document 2), are
24  hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision
25  on the merits of the transfer.

26  Dated: 3/3/2006                                       _____
27                                                       Martin J. Jenkins
                                                          United States District Court Judge
28  //

---

K:\Injured\104860\Fed\Stip Stay or Cont Pierce (Hammond WD).wpd         3
JOINT MOTION STIPULATION TO STAY PROCEEDING OR, TO CONTINUE CASE MANAGEMENT DEADLINE  C05-5293 MJJ

1 [PROPOSED ALTERNATIVE] **ORDER TO CONTINUE**

2     IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed December 21, 2005 (Document 2), are hereby VACATED.

    IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

    1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date on or after July 15, 2006 to wit:] _____, 2006;

    2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is [set for a date on or after July 15, 2006 to wit: ] _____, 2006;

    3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date on or after July 15, 2006 to wit:] _____, 2006; and

    4. The Case Management Conference is [set for a date on or after July 15, 2006 to wit:] Tuesday, _____ 2006 at 2:00 p.m., Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____

                                                                _____
                                                                  Martin J. Jenkins
                                                                  United States District Court Judge