A CERTIFIED TRUE COPY

MAR 27 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

C 05-5293 MJJ

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

FILED
APR - 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-259)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,471 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-30-06
ATTEST [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## SCHEDULE CTO-259 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-5293 | Janis Pierce, et al. v. Viad Corp., et al. |
| CAN 4 06-163 | Scott Abbott, et al. v. General Electric Co., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-4714 | Charles Swanger v. Canadian National/Illinois Central Railroad |
| **LOUISIANA EASTERN** | |
| ~~LAE 2 06-608~~ | ~~Mario Bellu, et al. v. Diamond Offshore (USA), Inc., et al.~~ Opposed 3/21/06 |
| **LOUISIANA MIDDLE** | |
| ~~LAM 3 05-1405~~ | ~~Daniel W. Melford, Sr. v. Peter Territo, et al.~~ Opposed 3/27/06 |
| ~~LAM 3 05-1418~~ | ~~Michael Catania, et al. v. Anco Insulations, Inc., et al.~~ Opposed 3/21/06 |
| **MARYLAND** | |
| MD 1 94-3507 | Ernestine Hodge v. Fibreboard Corp., et al. |
| MD 1 05-808 | Joseph E. Hart, et al. v. Anchor Packing Co., et al. |
| MD 1 05-3416 | Richard G. Fuller, etc. v. ACandS, Inc., et al. |
| MD 1 06-30 | Janice E. Mann, et al. v. Anchor Packing Co., et al. |
| MD 1 06-74 | Betty Jane Zengel, etc. v. Anchor Packing Co., et al. |
| MD 1 06-397 | Mary R. Raver, etc. v. John Crane-Houdaille, Inc., et al. |
| **MAINE** | |
| ME 1 06-10 | Maynard P. Boivin, et al. v. Metropolitan Life Insurance Co., et al. |
| ME 2 06-18 | Shaun E. Sullivan, et al. v. Metropolitan Life Insurance Co., et al. |
| **MINNESOTA** | |
| MN 0 06-441 | Michael E. Blaisdell v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-445 | Eino Himango v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-448 | John J. Krezel v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-450 | Richard W. Roy v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| ~~MSN 2 06-7~~ | ~~Ronald Jacob Laughter, etc. v. Georgia-Pacific Corp.~~ Opposed 3/23/06 |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 05-576 | Christine Allen, etc. v. Minnesota Mining & Manufacturing Co., et al. |
| ~~MSS 1 05-663~~ | ~~James Turner v. Ameron International Corp., et al.~~ Opposed 3/27/06 |
| ~~MSS 1 05-665~~ | ~~Thomas A. Chisolm v. Ingersoll-Rand Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1 05-670~~ | ~~Leon V. Hartfield v. Allied Signal, Inc., et al.~~ Opposed 3/27/06 |
| ~~MSS 1 05-676~~ | ~~Joseph Harris, Jr. v. General Electric Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1 05-677~~ | ~~Florence Brooks Harris v. General Electric Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1 05-678~~ | ~~Dorothy Harris v. General Electric Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1 05-684~~ | ~~Billy R. Perkins v. Minnesota Mining & Manufacturing Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1 06-62~~ | ~~Deborah McDonald, etc. v. Minnesota Mining & Manufacturing Co., et al.~~ Opposed 3/27/06 |
| ~~MSS 1 06-99~~ | ~~Dorothy Huffman, etc. v. Minnesota Mining & Manufacturing Co., et al.~~ Opposed 3/27/06 |

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875               Page 2 of 3

DIST. DIV. C.A. #           CASE CAPTION

NORTH CAROLINA EASTERN
  NCE 7  05-197             Jimmy G. Cone, et al. v. Airco, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM 1  06-138             Anthony G. Joyce, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1  05-369             John Harrill Martin, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-371             Thomas Faile, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-373             Elbert J. Mobley v. Aqua-Chem, Inc., et al.
  NCW 1  05-374             Michael E. Yates, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-375             James C. Abernathy, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-376             Michael S. Collins, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-377             Norman E. Cox, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-379             Wayne D. Little, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-380             Timothy Paul Loftin, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-381             Donald E. Bright, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-382             Kenneth W. Karriker, Sr. v. Aqua-Chem, Inc., et al.
  NCW 1  05-383             Glenda G. Cheek, etc. v. Aqua-Chem, Inc., et al.
  NCW 1  05-384             Paul Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  05-385             Kenneth E. Dellinger v. Aqua-Chem, Inc., et al.
  NCW 1  05-386             Betty L. Mullis v. Aqua-Chem, Inc., et al.
  NCW 1  05-387             Terry A. Ray v. Airco, Inc., et al.
  NCW 1  05-393             Ruby A. Clark v. Aqua-Chem, Inc., et al.
  NCW 1  06-10              Hubert T. Brown, et al. v. American Standard, Inc., et al.
  NCW 1  06-17              Heyward J. Cantrell, et al. v. A.W. Chesterton, Inc., et al.
  NCW 1  06-33              Charles Bolden, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-34              Robert F. Welcher, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-35              John Wayne Barker, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-36              Gary L. Sweet, et al. v. A.W. Chesterton, Inc., et al.
  NCW 1  06-39              Tony Morris Caldwell v. Aqua-Chem, Inc., et al.
  NCW 1  06-41              Stephen Humphries, et al. v. Aqua-Chem, Inc., et al.
  NCW 1  06-43              Barry Eugene Kirby v. Aqua-Chem, Inc., et al.

NEW JERSEY
  NJ 2  05-4522             Susan Kaiser, etc. v. American Standard, Inc., et al.

NEW YORK EASTERN
  NYE 1  06-218             Robert W. Ruffini, etc. v. A.W. Chesterton Co., et al.
  NYE 1  06-255             Bobby Tipton v. A.W. Chesterton Co., et al.
  NYE 1  06-315             Krzysztof Leszczynski, et al. v. A.W. Chesterton Co., et al.
  NYE 1  06-316             Katherine Marie Queen, etc. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
  NYS 1  05-4405            Enrique Gutierrez Huertas, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS 1  05-4406            Jose Verano Rodriguez, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS 1  05-4407            Juan Luna Izquierdo, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS 1  05-4408            Jose Antonio Moreno Roman, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS 1  05-4410            Alfonso Bernal Hernandez, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS 1  05-4411            Jose Maria Sabido Galera, et al. v. Garlock Sealing Technologies, LLC, et al.
  NYS 1  06-199             Willard E. Bartel, et al. v. United States Lines Inc. Reorganization Trust
  NYS 1  06-200             Isiah B. Brown v. United States Lines Inc. Reorganization Trust

SCHEDULE CTO-259 - TAG-ALONG ACTIONS - MDL-875                                        Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH CAROLINA** | |
| SC 0 05-3054 | Wayne C. Paquin, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 05-3055 | George E. Roof, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-287 | Albertus Baker, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 06-346 | James Matthew Caldwell v. Aqua-Chem, Inc., et al. |
| SC 2 04-22776 | Julius J. Singletary, et al. v. Bell Asbestos Mines, Ltd., et al. |
| SC 2 05-997 | Stanley D. Newman, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-1491 | Paul D. Crisp v. Aventis Cropscience USA, Inc., et al. |
| SC 2 05-1579 | Lois L. Blanton, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-2056 | John F. Aluza, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3124 | Frank R. Ponzo, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3220 | Laura K. Smoak, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3332 | Linda Elaine Mizell Brinso Goodnough, et al. v. Bell Asbestos Mines, Ltd., et al. |
| SC 2 05-3337 | Ruth C. Parks, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 05-3485 | Earmine H. Kitt, etc. v. Owens-Illinois, Inc., et al. |
| SC 2 06-335 | Milum Trent, et al. v. Airco, Inc., et al. |
| SC 2 06-403 | Raymond O. McDaniel v. Owens-Illinois, Inc., et al. |
| SC 7 06-251 | Marcus Scott Childers, et al. v. Aqua-Chem, Inc., et al. |
| SC 7 06-378 | Odell A. Bennett, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 05-3053 | Jimmy Steve Brock, Sr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-404 | John Henry Ware, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-405 | William P. Vaughn, Sr. v. Aqua-Chem, Inc., et al. |
| **VIRGINIA EASTERN** | |
| VAE 4 06-3184 | Michael V. Lowery v. Amchem Products, Inc., et al. |
| **WASHINGTON WESTERN** | |
| WAW 3 05-5829 | Eugene Clayton, et al. v. Newport News Shipbuilding & Dry Dock Co. |

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

March 30, 2006

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704



Richard W. Wieking, Clerk
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
P.O. BOX 36060
San Francisco, CA 94102-3489

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875 Transfer Order

Dear Clerk:

The enclosed Conditional Transfer Order (CTO-259) is being sent to you regarding the involved action listed on the order. This case has been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR
A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure