ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS PIERCE, Individually, as Wrongful Death Heir, and as Successor-in-Interest to WALTER HAMMOND, Deceased; and LINDA PATTERSON, CAROL TENCATI, NANCY SHAW, PHILLIP HAMMOND, and JOYCE SMITH, as Legal Heirs of WALTER HAMMOND, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>VIAD CORP, et al.,<br><br>Defendants. | Case No. 3:05-cv-05293-MMC<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Janis Pierce, et al., v. Viad Corp., et al.*, United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-63700-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///

///

///

///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, 3:05-cv-05293-MMC

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| 6 | | DAVID R. DONADIO, ESQ., CA S.B. #154436<br>Email: DDonadio@braytonlaw.com<br>Tel: (415) 898-1555<br>Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 9/21/12 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP |
| 11 | | |
| 12 | | |
| 13 | | By: [signature] |
| 14 | | DEREK S. JOHNSON |
| 15 | | Attorneys for Defendant<br>GENERAL ELECTRIC COMPANY |
| 16 | | |
| 17 | | |
| 18 | Dated: September 24, 2012 | SO ORDERED: |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | [signature]|
| 23 | | United States District Court Judge |