1   ALAN R. BRAYTON, ESQ., CA S.B. #73685
    DAVID R. DONADIO, ESQ., CA S.B. #154436
2   Email:  DDonadio@braytonlaw.com
    BRAYTON❖PURCELL LLP
3   Attorneys at Law
    222 Rush Landing Road
4   P.O. Box 6169
    Novato, California  94948-6169
5   (415) 898-1555
    (415) 898-1247 (Fax No.)
6
    Attorneys for Plaintiffs
7   admitted *Pro Hac Vice*

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12   IN RE: ASBESTOS PRODUCTS          )   Case No. 3:05-cv-01533-MMC
     LIABILITY LITIGATION (NO. VI)     )
13                                     )
     _____ )   _____
14                                     )
     JOANNE SETTERBERG, as Wrongful    )   **PLAINTIFF'S NOTICE OF DISMISSAL**
15   Death Heir, and as Successor-in-Interest to )   **OF ENTIRE ACTION, WITHOUT**
     DAVID SETTERBERG, Deceased; and   )   **PREJUDICE; ORDER**
16   JACOB SETTERBERG and JOSEPH       )
     SETTERBERG, as Legal Heirs of DAVID )
17   SETTERBERG, Deceased,             )
                                       )
18              Plaintiffs,            )
                                       )
19                                     )
     vs.                               )
20                                     )
     NEWPORT NEWS SHIPBUILDING AND     )   This document relates to:
21   DRY DOCK COMPANY, *et al.*,       )
                                       )   *David Setterberg v. Newport News*
22              Defendants.            )   *Shipbuilding and Dry Dock Company, et al.,*
                                       )   United States District Court,
23                                     )   Eastern District of Pennsylavannia,
     _____ )   Case No. 2:09-cv-62913-ER
24

25   ///

26   ///

27   ///

28
     _____
                            1
     PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER,
     Case No. 3:05-cv-01533-MMC

*(left margin, rotated)* **BRAYTON❖PURCELL LLP** ATTORNEYS AT LAW 222 RUSH LANDING ROAD P O BOX 6169 NOVATO, CALIFORNIA 94948-6169 (415) 898-1555

1    Plaintiff hereby dismiss the above-captioned action against all Defendants, without

2 prejudice.

3

4

5

6 Dated: September 26, 2012          BRAYTON❖PURCELL LLP

7

8

9

10                                   By: _____
                                          DAVID R. DONADIO, ESQ., CA S.B. #154436
11                                        Email:  DDonadio@braytonlaw.com
                                          Tel: (415) 898-1555
12                                        Fax: (415)898-1247
                                          Attorneys for Plaintiffs
13

14

15

16                                   IT IS SO ORDERED:

17

18

19

20 Dated:   September 27, 2012

21                                   United States District Court Judge

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER,
Case No. 3:05-cv-01533-MMC