<div style="font-style: italic; text-align: left;">

1 | ALAN R. BRAYTON, ESQ., CA S.B. #73685
2 | DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
3 | Attorneys at Law
222 Rush Landing Road
4 | P.O. Box 6169
Novato, California  94948-6169
5 | (415) 898-1555
(415) 898-1247 (Fax No.)
6
7 | Attorneys for Plaintiffs
admitted *Pro Hac Vice*

</div>

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No.  3:05-cv-05293-MMC |
| _____ | _____ |
| JANIS PIERCE, Individually, as Wrongful Death Heir, and as Successor-in-Interest to WALTER HAMMOND, Deceased; and LINDA PATTERSON, CAROL TENCATI, NANCY SHAW, PHILLIP HAMMOND, and JOYCE SMITH, as Legal Heirs of WALTER HAMMOND, Deceased, <br><br>                    Plaintiffs, <br><br> vs. <br><br> VIAD CORP, *et al.*, <br><br>                    Defendants. | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER** <br><br><br><br><br> This document relates to: <br><br> *Janis Pierce, et al., v. Viad Corp., et al.*, United States District Court, EasternDistrict of Pennsylvania, Case No. 2:09-cv-63700-ER |

///

///

///

1
PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER
Case No.  3:05-cv-05293-MMC

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

Plaintiff hereby dismiss the above-captioned action against all Defendants, without prejudice.

Dated: September 26, 2012          BRAYTON❖PURCELL LLP

By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiffs

IT IS SO ORDERED:

Dated: September 27, 2012          _____
United States District Court Judge

2
PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER
Case No. 3:05-cv-05293-MMC