ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs
admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No. 3:05-cv-05293-MMC |
| JANIS PIERCE, Individually, as Wrongful Death Heir, and as Successor-in-Interest to WALTER HAMMOND, Deceased; and LINDA PATTERSON, CAROL TENCATI, NANCY SHAW, PHILLIP HAMMOND, and JOYCE SMITH, as Legal Heirs of WALTER HAMMOND, Deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>VIAD CORP, *et al.*,<br><br>                    Defendants. | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER**<br><br><br><br>This document relates to:<br><br>*Janis Pierce, et al., v. Viad Corp., et al.,* United States District Court, EasternDistrict of Pennsylvania, Case No. 2:09-cv-63700-ER |

///

///

///

Plaintiff hereby dismiss the above-captioned action against all Defendants, without prejudice.

Dated:  September 26, 2012          BRAYTON❖PURCELL LLP

By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email:  DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiffs

IT IS SO ORDERED:

Dated:  September 27, 2012
United States District Court Judge

2
PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER
Case No.  3:05-cv-05293-MMC